FILED

18 SEP 28 PM 3:26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNSEALED PER ORDER OF COURT

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SERGIO VALENZUELA-VALENZUELA,<br>  aka Felipe de Jesus<br>            Sosa-Canisales,<br>  aka Gigio,<br>  aka Yiyo,<br><br>            Defendant. | Case No. 18CR4222 DMS<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 959, 960 and 963 – International Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 952, 960, and 963 – Conspiracy to Import Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1) and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the country of Mexico and elsewhere, defendant SERGIO VALENZUELA-VALENZUELA, aka Felipe de Jesus Sosa-Canisales, aka Gigio, aka Yiyo, who will first enter the United States within the Southern District of California, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute and cause the distribution of a controlled substance, to wit: 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled

MJS:nlv:San Diego:9/27/18    

Substance, and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending, knowing and having reasonable cause to believe that such marijuana and cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

Count 2

Beginning at a date unknown to the grand jury and continuing up to the date of this indictment, within the Southern District of California, and elsewhere, defendant SERGIO VALENZUELA-VALENZUELA, aka Felipe de Jesus Sosa-Canisales, aka Gigio, aka Yiyo, did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to import a controlled substance, to wit: 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, and 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

Count 3

Beginning at a date unknown to the grand jury and continuing up to and including the date of this indictment, within the Southern District of California and elsewhere, defendant SERGIO VALENZUELA-VALENZUELA, aka Felipe de Jesus Sosa-Canisales, aka Gigio, aka Yiyo, did knowingly and intentionally conspire with other persons known and unknown to the grand jury, to distribute 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, and 5 kilograms and more of a mixture and substance

1 | containing a detectable amount of cocaine, a Schedule II Controlled
2 | Substance; in violation of Title 21, United States Code,
3 | Sections 841(a)(1) and 846.

### Criminal Forfeiture Allegations

1. The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 3 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant SERGIO VALENZUELA-VALENZUELA, aka Felipe de Jesus Sosa-Canisales, aka Gigio, aka Yiyo, shall upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment.

All in violation of Title 21, United States Code, Section 853.

DATED: September 28, 2018.



ADAM L. BRAVERMAN
United States Attorney

By: _____
MATTHEW J. SUTTON
Assistant U.S. Attorney

3